IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

|  |  |
|---|---|
| ABDUL-MUMIT MUHAMMAD, | ) ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action ) No. 08-3190-CV-S-ODS |
| MARTY C. ANDERSON, | ) ) |
| Respondent. | ) ) |

**REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Petitioner, an inmate confined at the United States Medical Center for Federal Prisoners, filed a motion pursuant to 28 U.S.C. § 2255 on April 29, 2008, in the Eastern District of Pennsylvania, challenging a sentence imposed in that district. That motion was dismissed on May 7, 2008. Thereafter, the United States District Court for the Eastern District of Pennsylvania determined that it appeared that petitioner had filed a motion under 28 U.S.C. § 2255 on May 5, 2008, seeking relief from a conviction and/or sentence imposed by the United States District Court for the Western District of Missouri. The Court therefore transferred petitioner's case to this district on May 16, 2008.

A review of the records available to the Court indicate that petitioner is not subject to a sentence or conviction that was imposed in this district. Rather, on April 7, 2008, petitioner was committed under the provisions of 18 U.S.C. § 4246 because it was found that his unconditional release would pose a substantial risk of danger, and because no state placement in Pennsylvania could be procured. United States v. Abdul-Mumit Muhammad, 07-03428-CV-S-RED (W.D. Mo. April 7, 2008). Petitioner filed a notice of appeal of that decision on May 30, 2008.

Pursuant to the provisions of 28 U.S.C. § 4247(g), petitioner has the right to seek relief in habeas corpus under 28 U.S.C. § 4241 regarding a § 4246 commitment. The Court finds, however, that petitioner's case is not cognizable in this District as a § 2255 motion. Therefore, it will be recommended that the petition be dismissed without prejudice.

For the foregoing reasons, it is, pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri,

RECOMMENDED that the instant case be dismissed without prejudice

/s/ James C. England
JAMES C. ENGLAND
CHIEF UNITED STATES MAGISTRATE JUDGE

Date: 06/03/08